IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
DEC - 9 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Patricia Ann Lopez,<br>P.O. Box 1425<br>Ohkay Owingeh, NM 87566<br><br>     Plaintiff,<br>v.<br><br>The Associated Press<br>a New York not for profit corporation,<br>450 W. 33rd Street, 16th Floor<br>New York, NY 10001<br><br>Getty Images (US), Inc.<br>a New York corporation,<br>601 N. 34th Street<br>Seattle, WA 98103<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 1:11- cv-437 |

## [PROPOSED] CONSENT ORDER

The Court having reviewed Plaintiff's Motion to Drop Getty Images (US), Inc. as a Party Pursuant to Fed.R.Civ.P. 21, having noted that it complies with Federal Civil Procedure Rule 21, having concluded that Rule 21 authorizes the Court to grant the Motion, and that it is unopposed by Defendant Getty Images (US), Inc. (Getty).

1

Now therefore, it is Ordered that Getty is hereby dropped as a party to the captioned civil action and Getty is dismissed from the civil action with prejudice.

Dec 9, 2011

/s/
Claude M. Hilton
United States District Judge

I ask for this:

H. Jay Spiegel
Attorney for Plaintiff
Patricia Ann Lopez

Seen and agreed:

Daniel P. Reing (VA Bar No. 73348)
Attorney for Getty Images (US), Inc.

2