UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| PATRICIA ANN LOPEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-437 (CMH/JFA) |
| ) | |
| THE ASSOCIATED PRESS and ) | |
| GETTY IMAGES (US), INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Patricia Ann Lopez, by her undersigned counsel, and Defendant The Associated Press, by its undersigned counsel, HEREBY STIPULATE AND AGREE that this action with all claims asserted therein be DISMISSED WITH PREJUDICE, with each party to bear its own costs and expenses.

STIPULATED AND AGREED this 19th day of January 2012.

EAST\47787421.1

| | |
|---|---|
| **H. JAY SPIEGEL & ASSOCIATES** | **DLA PIPER LLP (US)** |
| */s/ H. Jay Spiegel* | |
| H. Jay Spiegel | Charles B. Wayne |
| jayspiegel@aol.com | charles.wayne@dlapiper.com |
| P.O. Box 11 | 500 8th Street, N.W. |
| Mount Vernon, VA 22121-0011 | Washington, DC 20004 |
| Phone: (703) 619-0101 | (202) 799-4253 |
| Fax : (703) 619-0110 | Fax: (202) 799-5253 |
| *Counsel for Plaintiff* | */s/ Andrew L. Deutsch* |
| | Andrew L. Deutsch (*pro hac vice*) |
| | andrew.deutsch@dlapiper.com |
| | Tamar Y. Duvdevani (*pro hac vice*) |
| | tamar.duvdevani@dlapiper.com |
| | 1251 Avenue of the Americas, 27th Floor |
| | New York, NY 10020-1104 |
| | Telephone: (212) 335-4500 |
| | Facsimile: (212) 335-4501 |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I, H. Jay Spiegel, hereby certify that on this 20th day of January, 2012, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsels of record.

_____
H. JAY SPIEGEL
Attorney for Plaintiff
Virginia Bar No. 20647

H. JAY SPIEGEL & ASSOCIATES, P.C.
P.O. Box 11
Mount Vernon, VA   22121
703-619-0101 - Phone
jayspiegel@aol.com - E-Mail